United States District Court
Southern District of Texas
ENTERED
SEP 17 1998
Michael N. Milby, Clerk of Court
By Deputy Clerk _____

United States District Court
Southern District of Texas
FILED
SEP 1 6 1998
Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| GATEWAY TUGS, INC. and MARINE SALVAGE & SERVICES, INC. | § § § | CIVIL ACTION |
| Plaintiffs | § § | NO. B-98-089 |
| versus | § § | |
| M/V CABOT, *in rem*, her engines, tackle, apparel, and furniture, etc., *in rem* | § § § | Rule 9(h) Admiralty |
| Defendant | § | |

## ORDER OF NONSUIT AND RELEASE OF VESSEL FROM ARREST

CAME ON TO BE CONSIDERED on the 16 day of September, 1998 the Motion of GATEWAY TUGS, INC. and MARINE SALVAGE & SERVICES, INC., Plaintiffs herein, to dismiss and nonsuit, without prejudice, the claims which such Plaintiffs have previously made against the M/V CABOT, in rem, and to release the said Vessel from arrest. This Court finds that said Motion should be granted. It is therefore

ORDERED, ADJUGED AND DECREED that the claims brought within the Plaintiffs' Original Complaint by GATEWAY TUGS, INC., and MARINE SALVAGE & SERVICES INC. be and are hereby dismissed and nonsuited, without prejudice to such Plaintiffs to file a same or similar action at a subsequent time. It is further

ORDERED, that the M/V CABOT, her engines, machinery, tackle, apparel, and furniture, in rem, be and are hereby dismissed from arrest.

DONE at Brownsville, Texas this 16 day of September, 1998.

Hon. Hilda Tagle
United States District Judge